IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLUS R. EVANS,

        Petitioner,               No. CIV S-11-2245 CKD P

   vs.

GARY SWARTHOUT,

        Respondent.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Generally speaking, the court requires that all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. Because petitioner's habeas petition in its current form does not contain necessary information, like the length of petitioner's sentence, petitioner must re-file his petition on the proper form.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's August 10, 2011 petition for writ of habeas corpus is dismissed with leave to amend within thirty days;

        2. The amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. The form must be completed accurately

1

1 and completely, it must bear the case number assigned to this action and must bear the title
2 "Amended Petition"; and

3. The Clerk of the Court is directed to send petitioner the court's form-application for writ of habeas corpus application by a prisoner in state custody.

Dated: September 29, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
evan2245.115