IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLUS R. EVANS,

      Petitioner,                    No. CIV S-11-2245 JAM CKD P

   vs.

GARY SWARTHOUT,

      Respondent.             ORDER

_____/

        Petitioner has requested a certificate of appealability with respect to the court's March 21, 2012 order and a motion for leave to proceed in forma pauperis on appeal. Because the March 21, 2012 order is not the final order in this case, petitioner's request for a certificate of appealability is premature. At the conclusion of this action the court will decide whether to issue a certificate of appealability. See U.S.C. § 2253.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 13, 2012 request for a certificate of appealability is denied; and

\\\\\

\\\\\

\\\\\

1

2. Plaintiff's April 13, 2012 motion for leave to proceed in forma pauperis on appeal is denied.

Dated: April 18, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
evan2245.coa