IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLUS R. EVANS,

      Petitioner,            No. 2:11-cv-2245 JAM CKD P

    vs.

GARY SWARTHOUT,

      Respondent.        ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a request to proceed in forma pauperis on appeal. Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, IT IS HEREBY ORDERED that the request for leave to proceed in forma pauperis on appeal is granted. See 28 U.S.C. § 1915(a).

Dated: November 1, 2012

                          _____
                          CAROLYN K. DELANEY
                          UNITED STATES MAGISTRATE JUDGE

1
evan2245.805.hc